SEAN K. KENNEDY (No. 145632)
Federal Public Defender
JOSEPH TRIGILIO (No. 245373 )
(E-mail: joseph_trigilio@fd.org)
STATIA PEAKHEART (No. 200363)
(E-mail: statia_peakheart@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-7525
Facsimile (213) 894-0081
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR PLATAS,** <br><br> Petitioner, <br><br> v. <br><br> **A.K. SCRIBNER (Warden),** <br><br> Respondent. | CV 04-3383-CBM (CW) <br><br> **PROTECTIVE ORDER RE: LIMITED WAIVER OF ATTORNEY-CLIENT PRIVILEGE FOR PURPOSE OF EVIDENTIARY HEARING** <br><br> United States Magistrate Judge <br> Hon. Carla M. Woehrle |

For GOOD CAUSE shown,

Pursuant to *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003), the Court enters the following Protective Order regarding: (1) documents and materials from trial counsel's files that Petitioner provides to Respondent relevant to claims One and Two pursuant to *Bittaker* and orders by this Court; (2) any testimony regarding attorney-client matters provided at the evidentiary hearing in this matter; and (3) any reference to such documents or testimony in the parties' pleadings submitted to the Court.

1. To the extent that the Court orders the production of discovery that Petitioner contends are subject to claims of privilege or protected from disclosure by the attorney work product doctrine, a protective order is necessary. Petitioner and Respondent agree that such discovery shall be subject to this Protective Order

1 and shall remain confidential and sealed. Petitioner contends that the testimony
2 provided by these witnesses is subject to the claims of privilege and/or protected
3 from disclosure by the attorney work product doctrine. During the evidentiary
4 hearing scheduled in this case, any testimony by Petitioner, trial counsel, and any
5 trial defense team member shall be subject to this Protective Order and shall
6 remain confidential and sealed.

7     2.    All privileged documents and testimony produced to Respondent in
8 this action may be used only for purposes of litigating this habeas corpus
9 proceeding by: (a) Petitioner and the members of the legal team, i.e., lawyers,
10 paralegals, investigators, and support staff, assigned to *Platas v. Scribner*, Case
11 No. CV 04-3383-CBM (CW) (C.D. Cal.), by Petitioner's counsel; and (b)
12 Respondent and the members of the of the legal team, i.e., lawyers, paralegals,
13 investigators, and support staff, assigned to *Platas v. Scribner*, Case No. CV 04-
14 3383-CBM (CW) (C.D. Cal.), by the Attorney General's Office. This protective
15 order extends to members of the legal teams and all persons retained by the parties
16 to litigate this matter. All such individuals shall be provided with a copy of this
17 Protective Order.

18     3.    Except for disclosure to the persons and agencies described in
19 Paragraph 2, disclosure of the contents of the documents and testimony and the
20 documents and testimony themselves shall not be made to any other persons or
21 agencies, including but not limited to, prosecutorial agencies or law enforcement
22 personnel, without the Court's order or permission from Petitioner's counsel.

23     4.    Documents and testimony that Petitioner contends are privileged shall
24 be clearly designated as such by labeling the documents or testimony in a manner
25 that does not prevent reading the text of the documents.

26     5.    All documents and testimony designated as privileged by Petitioner
27 that are submitted to this Court shall be submitted under seal in a manner reflecting
28 their confidential nature and designed to ensure that the privileged material will not

become part of the public record. Privileged testimony shall be clearly designated as such by marking the transcript of the proceeding. Any pleading or other papers served on opposing counsel or lodged with the Court that contains or reveals the substantive content of the privileged matter shall be filed under seal pursuant to the Local Rules and shall include a separate caption page that includes the following confidentiality notice or its equivalent:

**"TO BE FILED UNDER SEAL**
**THIS PLEADING OR DOCUMENT CONTAINS**
**CONFIDENTIAL INFORMATION SUBJECT TO A**
**PROTECTIVE ORDER (DOCKET NO. \_\_) AND IS NOT TO**
**BE OPENED NOR ITS CONTENTS DISPLAYED OR**
**DISCLOSED**"

    6.    If privileged documents or documents containing privileged matters are filed with this Court, they shall be filed with the clerk of the Court in sealed envelopes prominently marked with the caption of this case and the foregoing Confidentiality Notice. Insofar as reasonably feasible, only confidential portions of the filings shall be under seal; and the parties shall tailor their documents to limit, as much as practicable, the quantity of material that is to be filed under seal. When a pleading or documents contains only a limited amount of privileged content, a party may file a complete copy under seal and at the same time file on the public record an additional, redacted version of the document, blocking out the limited matter comprising the confidential portions.

    7.    Petitioner's disclosure of documents from trial counsel's file in this action, and any related testimony by Petitioner or his trial counsel at the evidentiary hearing in this case, does not constitute a waiver of Petitioner's rights under the Fifth and Sixth Amendments to the United States Constitution in the event of any retrial.

//

1        8.    This order shall continue in effect after the conclusion of the habeas
2  corpus proceedings and specifically shall apply in the event of a retrial of all or any
3  portion of Petitioner's criminal case, *People v. Platas*, Case No. SA039015 (Los
4  Angeles Superior Court).  Any modification or vacation of this order shall only be
5  made upon notice to and an opportunity to be heard from both parties.

7        SO ORDERED.

9  Date: __Oct. 24, 2008_____       _____/S/_____
                                                               HON. CARLA M. WOERHLE
10                                                               Magistrate Judge

11 Presented By:

13 _____/s/_____
   Joseph Trigilio
14 Counsel for Petitioner

**PROOF OF SERVICE**

I, ROSANA ALVARADO, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California  90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **[PROPOSED] PROTECTIVE ORDER RE: LIMITED WAIVER OF ATTORNEY-CLIENT PRIVILEGE FOR PURPOSE OF EVIDENTIARY HEARING** on the following individual(s) by:

[] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[] Placing same in an envelope for hand-delivery addressed as follows:

[X] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows:

[] Faxing same via facsimile machine addressed as follows:

**Victor Platas**
T-24312
P.O. Box 5242
Corcoran, CA 93212

This proof of service is executed at Los Angeles, California, on **October 23, 2008.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Rosana Alvarado*
ROSANA ALVARADO