# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PLATAS,<br><br>              Petitioner,<br><br>              v.<br><br>A.K. SCRIBNER, Warden,<br><br>              Respondent. | Case No. LACV 04-3383-CBM (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 27, 2016

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE